UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| BENNETH O. AMADI,<br>   Plaintiff.<br><br>v.<br><br>1. GARRETT MCMANUS (in his official and personal capacity);<br>2. The DCF;<br>3. LINDA SPEARS, DCF COMMISSIONER (in her individual and official capacity);<br>4. ANTHONY SEAN BERNARD (in his official and individual capacity);<br>5. RODGERS RANDAL (in his individual and official capacity);<br>6. SEAN FERRICK (in his personal and official capacity);<br>7. RONALD STRAND (in his personal and official capacity) | Civil Action No.: 16-cv-11901 |

## PLAINTIFF'S REQUEST THAT THIS CASE BE TRANSFERRED TO ANOTHER DISTRICT COURT JUDGE.

Plaintiff hereby respectfully asks that this civil action that is presently being assigned to Judge Nathaniel M. Gorton's courtroom be transferred to the courtroom another District Court Judge. Plaintiff respectfully states that it is very necessary that this request be complied with in the interest of justice, in the interest of plaintiff and in the interest of fair administration of justice.

Plaintiff respectfully states that this case is an offshoot of an earlier matter from Judge Gorton's court, C.A. No. 16-cv-10861-NMG. The said earlier matter is presently on appeal before the First Circuit Court of Appeal. However, the delay of Judge Gorton's court in taking action on plaintiff's pending motions before it is

*Treated as a motion to recuse and motion denied.*

1

*NMGorton, USDJ 3/28/17*